Plaintiff's Name JEFFREY EMERSON
Inmate No. H-92934
Address CALIFORNIA STATE PRISON
NEW FOLSOM SACRAMENTO
B-7-212 P.O. BOX 290007



FILED
JUL 02 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

                                            2:14 - CV - 1569   KJN PC

JEFFREY EMERSON                             NOT AVAILABLE
(Name of Plaintiff)                         (Case Number)

vs.                                         COMPLAINT

NEW FOLSOM STATE                            Civil Rights Act, 42 U.S.C. § 1983
PRISON SACRAMENTO
CALIFORNIA P.O. BOX
290007

_____

_____

(Names of all Defendants)

I. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

   A.   Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

   B.   If your answer to A is yes, how many? _____
        Describe previous or pending lawsuits in the space below.
        (If more than one, use back of paper to continue outlining all lawsuits.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

        _____

        2. Court (if Federal Court, give name of District; if State Court, give name of County)
        _____

        3. Docket Number _____  4. Assigned Judge _____

        5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
        _____

        6. Filing date (approx.) _____  7. Disposition date (approx.) _____

1

II. **Exhaustion of Administrative Remedies**

    A.   Is there an inmate appeal or administrative remedy process available at your institution?

        Yes ✓  No___

    B.   Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

        Yes___ No ✓

        If your answer is no, explain why not THE TITLE 15 THAT EXPLAINS THE ADMINISTRATIVE REMEDY PROCESS IS NOT AVAILABLE. THEY ARE LOCATED IN THE LAW LIBRARY ONLY THUS IM UNABLE TO FILE THE GRIEVANCE PROCESS AND EXHAUST THE ADMINISTRATIVE REMEDIES. THE TITLE IS THE RULE BOOK.

    C.   Is the process completed?

        Yes___       If your answer is yes, briefly explain what happened at each level.

        No ✓       If your answer is no, explain why not.
I WAS NOT ABLE TO FILE DUE TO NO TITLE 15 BEING AVAILABLE TO STUDY ON HOW TO FILE A GRIEVANCE THROUGH ADMINISTRATIVE REMEDY LEVEL. THE TITLE 15 IS THE BOOK THAT EXPLAINS HOW TO FILE A GRIEVANCE AT ADMINISTRATIVE LEVEL.

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A.   Defendant _____ is employed as _____
        _____ at _____

B.   Additional defendants _____

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I PLACED A CDCR 22 (10/09) INMATE/PAROLEE REQUEST FOR INTERVIEW ITEM OR SERVICE INTO THE GENERAL INMATE MAIL DIRECTED TO LAW LIBRARY. I WAS DENIED BY LAW LIBRARY. I HAVE INFORMATION THAT WOULD GIVE ME A IMMEDIATE REVERSAL. THE LAW LIBRARY GAVE NO REASON WHY IM DENIED ACCESS TO LAW LIBRARY. I WAS TOLD BY A CORRECTIONAL OFFICER THAT IT WAS SEVERAL PHONE CALLS MADE FROM PELICAN BAY STATE PRISON CELL PHONES BY CORRECTIONAL OFFICERS IN PELICAN BAY NOT TO LET ME INTO LAW LIBRARY EVER. PLUS THEY HAVE TAMPERED WITH MY LEGAL MAIL ON A FEW APPEALS THAT NEVER GOT THERE. I KNOW THIS TO BE FACT.

V. **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WANT TO BE BROUGHT BEFORE A FEDRAL COURT IN A TIMELY MANNER, SO THAT I CAN BE RELEASED FROM CUSTODY. AND I WANT COMPENSATION ACCORDING TO LAW REGULATION FOR NEW FOLSOM PRISON VIOLATING LAW IN IT'S STRICTEST FORM. BECAUSE THEY ARE TAMPERING WITH MY LEGAL MAIL. NOW THAT I AM CONCERNED I WANT TO MAKE SURE NO ONE TAMPERS WITH MY LEGAL WORK IN THE FUTURE. AND I WANT COMPENSATION AND FREEDOM.

I declare under penalty of perjury that the foregoing is true and correct.

Date 6-24-14       Signature of Plaintiff _Jeffry Emerson_

(revised 6/01/04)

3