UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY EMERSON, | No. 2: 14-cv-1569 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| NEW FOLSOM STATE PRISON, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2014, the undersigned recommended that this action be dismissed based on plaintiff's failure to file an amended complaint. (ECF No. 22.)

On October 22, 2014, plaintiff filed a letter with the court stating that he is being denied law library access. (ECF No. 23.) Plaintiff does not clearly describe when he sought law library access or discuss why his request for law library access was denied, or why it was necessary to access the library to file an amended complaint. For this reason, the undersigned finds that plaintiff's claim alleging inadequate law library access is unsupported.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pleading alleging inadequate law library access (ECF No. 23) is disregarded;

////

////

1

    2.  Plaintiff's objections to the October 17, 2014 findings and recommendations are due within thirty days of the date of this order.

Dated:  October 31, 2014

Em1569.ll

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE